BK0905034
RAH

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS

IN RE:                                    Case No. 09-60105

Jon S. Nash                               Chapter 7

                                          Judge Caldwell

              Debtor

                                          **TRUSTEE'S ABANDONMENT OF
                                          PROPERTY  302 ARLINGTON AVENUE
                                          WAVERLY, OH 45690**

On request of the secured creditor, U.S. Bank, National Association for an abandonment by

the Trustee of certain real estate described herein; and it appearing that there is no equity in the

property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon

the following described property as an asset that is of inconsequential value to the estate; to wit:


FOR LEGAL DESCRIPTION, SEE EXHIBIT NOTE ATTACHED HERETO.


/s/ Frederick M. Luper, Trustee

## CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE / NO OBJECTION

This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice requests have been filed before the conclusion of the 341 meeting, or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

/s/ Michael R Proctor, Case Attorney
Bar Registration #0076240
Attorneys for Movant
LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

## <u>CERTIFICATE OF SERVICE</u>

       The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, U.S. Bank, National Association, was electronically transmitted on or about 11/25/2009 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Michael W Warren, Esq.
6 Consumer Center Drive
Chillicothe, OH 45601
lpotts@buckeyelegal.com

Frederick M. Luper, Trustee
50 West Broad Street
Suite 1200
Columbus, OH 43215
fluper@lnlattorneys.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, U.S. Bank, National Association, was transmitted on or about 11/25/2009 via regular U.S. mail, postage pre-paid:

Jon S. Nash
151 Indian Ridge Drive
Piketon, OH 45661

Pike County Treasurer
230 Waverly Plaza, Ste. 300
Waverly, OH 45690

Chase Bank USA, N.A.
3700 Wiseman Boulevard
San Antonio, TX 78251

/s/  Michael R Proctor, Case Attorney